IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DARRELL LEANDER THOMPSON ,

   Appellant,

 v.         Case No.  5D23-43
           LT Case No. 16-2019-CF-003295-AXXX

STATE OF FLORIDA,

   Appellee.

_____/

Decision filed July 3, 2023

Appeal from the Circuit Court
for Duval County,
Gilbert L. Feltel, Jr., Judge.

Jessica J. Yeary, Public Defender and
Tyler K. Payne, Assistant Public
Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and
Zachary F. Lawton, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

  AFFIRMED.

WALLIS, KILBANE and MACIVER, JJ., concur.